**Marshall Meyers (020584)**
**WEISBERG & MEYERS, LLC**
**5025 North Central Ave., #602**
**Phoenix, AZ 85012**
**602 445 9819**
**866 565 1327 facsimile**
**mmeyers@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandro Araiza, | ) Case No. 2:10-cv-01277-ROS |
| | ) |
| | ) **NOTICE OF SETTLEMENT** |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Delanor, Kemper & Associates, LLC, | ) |
| | ) |
| Defendant. | |

    **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Dated this 9th day of September, 2010.

By: s/Marshall Meyers
    Marshall Meyers (020584)
    **WEISBERG & MEYERS, LLC**

Filed electronically on this 9th day of September, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 9th day of September, 2010 to:

Mr. Pat Esquivel, Esq.
Jerold Kaplan Law Office, PC
2738 East Washington St.
Phoenix AZ 85034


By: s/ Jessica DeCandia
        Jessica DeCandia