IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandro Araiza,<br><br>            Plaintiff,<br><br>vs.<br><br>Delanor, Kemper & Associates, LLC,<br><br>            Defendant. | CV 10-01277-PHX-ROS<br><br>**ORDER** |

The Court having been notified that this matter has settled in its entirety (Doc. 12);

**IT IS ORDERED** that this action will be dismissed with prejudice by the Clerk's Office without further notice on **November 10, 2010**, unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

**IT IS FURTHER ORDERED** all pending motions are denied with leave to reinstate should this matter fail to finalize.

**IT IS FURTHER ORDERED** the October 7, 2010 Rule 16 Scheduling Conference is VACATED.

DATED this 10th day of September, 2010.

Roslyn O. Silver
United States District Judge